IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER LEE HEMINGWAY     PLAINTIFF

V.     CASE NO. 5:14-CV-5004

SHERIFF TIM HELDER; MAJOR DENZER;
SERGEANT FREEMAN; CORPORAL ROY;
and DEPUTY STANDROD     DEFENDANTS

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 10) filed in this case on May 28, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED on this 3rd day of July, 2014.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE